# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **LONG ZHANG,**<br>*Plaintiff,*<br>v.<br>**UAB EKOMLITA,**<br>*Defendant.* | Case No. 1:22-cv-05057<br>Judge Marvin E. Aspen |

## DECLARATION OF LONG ZHANG

I, Long Zhang, declare and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.
2. I am an owner of Yiwu LiuHua Trading Co. which operates or licenses a few Amazon storefronts that sell HUUSK branded kitchen knife and shearing goods within the United States.
3. One such licensed storefront is SMITH CHU-US which has earned a 100% five-star rating on 352 reviews.
4. Customer reviews of the goods themselves are similarly highly rated. For example, one listing has earned a 4.3 out of 5star rating on 387 reviews.
5. Customers regularly praise the HUUSK branded knives for their utility, design, and affordability.
6. I have built substantial goodwill and associated reputation with the HUUSK mark amongst consumers.

7. Since registration, the HUUSK mark has been used continuously in connection with my company's knife and shearing products, among other products.
8. Defendant's use of the HUUSK mark is not authorized or licensed in any manner.
9. Defendant is a direct business competitor who recently acquired and started operating on HUUSK.com for similar products amongst the same target audience online.
10. Defendant's unauthorized use of the HUUSK mark has and continues to irreparably harm me and my company through diminished goodwill and brand confidence, damage to reputation, loss of exclusivity, and loss of future sales.
11. I will suffer immediate and irreparable injury, loss, and damage if an ex parte Temporary Restraining Order is not issued.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 28, 2022 in Jiangsu, China.

/s Long Zhang /
Long Zhang

amazon prime
Deliver to Fang
Plano 75093
All
EN
Hello, Tim
Account & Lists
Returns
& Orders
0
All Prime Video Amazon Basics Best Sellers Today's Deals Buy Again Shopper Toolkit Hispanic Heritage Month on Prime Video

# SMITH CHU-US

Visit the SMITH CHU-US storefront

★★★★★ | **100% positive** in the last 12 months (352 ratings)

## About Seller

SMITH CHU-US is committed to providing each customer with the highest standard of customer service.

**Have a question for SMITH CHU-US?**

Ask a question

## Feedback

★★★★★ "Item as described. Fast shipper"

By JW on September 27, 2022.

★★★★★ "Perfect knife"

By cesar cabang on September 24, 2022.

★★★☆☆ "~~Knife was not as sharp as advertised~~"

By Alex M. on September 23, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★☆☆☆ "~~Might be good if I receive~~"

By Harold L Owens on September 22, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆ "~~Have not received it yet?~~"

By Amazon Customer on September 22, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

| | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| **Positive** | 100% | 100% | 100% | 100% |
| **Neutral** | 0% | 0% | 0% | 0% |
| **Negative** | 0% | 0% | 0% | 0% |
| **Count** | 50 | 125 | 352 | 1,041 |

Previous Next

Leave seller feedback

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Yiwu City LiuHua Trading Co.LtD

**Business Address:**
Room201, 12 Building, Danxi District 5
Yiwu
Zhejiang
322000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page


## Explore more items

Page 1 of 2


Ultimate Direction FK Gaiter
63
$49.95
prime FREE One-Day


ZenMonkey Infinity Slackline Kit - 100 Foot Longline Slackline with Ergo Ratchet, Tree…
133
Amazon's Choice in Slacklines
-33% $80.95
List: $119.95
prime FREE One-Day


Cliq Camping Chair - Most Funded Portable Chair in Crowdfunding History. | Bottle Sized Compact Outdoor Chai…
6,225
$99.99
prime FREE One-Day


Julbo Explorer 2.0 Mountain Sunglasses w/REACTIV or Spectron Lens…
364
$229.95
prime FREE One-Day


Spring Kids S with S Net ar Bounc
$1,99
prim

## Explore more from across the store

Page 1 of 3



Alienware Wired/Wireless Gaming Mouse AW610M: 16000 DPI Optical Sensor - 350 Hour Rechargeable Battery Life - 7 Button…
1,193
13 offers from $99.99



KLIM Ultimate + RGB Laptop Cooling Pad with LED Rim + New 2022 Version + Gaming Laptop Cooler + USB…
4,588
-22% $69.97
List: ~~$89.97~~
prime **Overnight by 11:00 AM**



Dell Alienware 17" Vindicator 2.0 Backpack, Black (AWV17BP-2.0)
533
18 offers from $109.94



Gaming Laptop Cooling Pad, 14-17.3 Inch Double Blower Cooler Pad, 4500 RPM Laptop Fan Cooling Pad with 2…
384
-21% $62.49
List: ~~$78.99~~
prime FREE One-Day



Busin
Backp
bag fo
17.3In
USB C
$68.9
prim

## Your Browsing History View or edit your browsing history














Back to top

### Get to Know Us

- Careers
- Amazon Newsletter
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us

- Sell products on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

### Amazon Payment Products

- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter
- Promotional Financing

### Let Us Help You

- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Your Recalls and Product Safety Alerts
- Amazon Assistant
- Help

amazon

English United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Interest-Based Ads
© 1996-2022, Amazon.com, Inc. or its affiliates

amazon prime | Deliver to Fang Plano 75093 | All | EN | Hello, Tim Account & Lists | Returns & Orders | 0

All | Prime Video | Amazon Basics | Best Sellers | Today's Deals | Buy Again | Shopper Toolkit | Health & Household | Shop deals October 11–12



Authentic XYJ Since 1986,Outstanding Ancient Forging, 7.5 Inch Full Tang, Serbian Chefs knife,Chef Meat Cleaver,Kitchen Knives,Set with Leather Sheath,Take… 11,240 $39.86 prime 5% off coupon

Home & Kitchen › Kitchen & Dining › Kitchen Utensils & Gadgets › Kitchen Knives & Accessories › Asian Knives › Chinese Vegetable Knives

Sponsored




Roll over image to zoom in



5 VIDEOS

# Huusk Viking Knives Hand Forged Boning Knife Full Tang Japanese Chef Knife with Sheath Butcher Meat Cleaver Japan Kitchen Knife for Home, Outdoor, Camping

Visit the Huusk Store

387 ratings

Amazon's Choice in Chinese Vegetable Knives by Huusk

Was: ~~$25.99~~ Details
With Deal: $20.50 prime Same-Day
FREE Returns
You Save: $5.49 (21%)

S Best price | S +

**Get 5% back ($1.02 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card.

## Product details

| | |
|---|---|
| **Blade Material** | ATS-34 Steel |
| **Brand** | Huusk |
| **Color** | Brown |
| **Handle Material** | Wood Handle,Steel |
| **Blade Edge** | Plain |
| **Blade Length** | 145 Micron |

- Sharp Huusk Chef Knife: Our Huusk chef knives are constructed from premium japanese steel. It performs well in toughness and durability. Like traditional Japanese kitchen knives, Huusk blades have a precision cutting quality. Each blade is handcrafted to create a precise, long-lasting cut. The sharp Huusk blade makes the cooking safe and effortless. (Warm Tip: Always hand washes those forged in fire Huusk knives!)
- Multi-function Huusk Chef Knife: Our Huusk Japan knife is multipurpose, whether you trim brisket, skin or break down a whole chicken, or even separate ribs from pork loin. A curved profile can be precisely separated meat and bone. It is very sharp, suitable for kitchen, outdoor camping or BBQ.
- Stylish & Practical Viking Knife– Unique hammered texture on the blade makes it beautiful to behold and corrosion-resistant

See more product details

## Customer ratings by feature

| | |
|---|---|
| Maneuverability | 4.7 |
| Craftsmanship | 4.6 |

See more

Report incorrect product information.

## Good value alternative

ZENG Butcher Knife Hand Forged Boning Knife with Sheath, Viking Knife, Huusk Japanese Knife, High

**Lightning Deal**
$20.50 (Save 21%)
**16% Claimed**
Ends in 10h 18m 53s
prime Same-Day
FREE Returns
FREE delivery **Today 2 PM - 6 PM**. Order within 2 hrs 24 mins
Deliver to Fang - Plano 75093
Quantity: 1
Add to Cart

**Regular Price**
$25.99
prime Same-Day
FREE delivery: **Today**
Ships from: Amazon
Sold by: SMITH CHU-US

Add to List

Have one to sell?
Sell on Amazon

5% off coupon



Authentic XYJ Since…
11,240
$29.86 prime

Sponsored



Carbon Steel Fillet Chef Knife Meat Cleaver Knife for Kitchen, Camping, BBQ
(523)
$19.99 prime

5% off coupon



Authentic XYJ FULL TANG 6.2 Inch Kitchen Knife Chef Knives With Carrying Leather Knife Sheath High Carbon Steel Slicing Cutting Butcher Knives For M…
1,217
$29.86 prime

Sponsored


## Make it a bundle

We found 3 bundles with this item:




Huusk Viking Knives Hand Forged Boning Knife Full Tang Japanese Chef Knife with Sheath Butcher…



Huusk Collectible Knives - Huusk Chef Knife -Black and Bro…
$44.95 ~~$51.44~~
prime
This bundle contains **2 items**



Huusk Chef Knife Set Huusk Viking Knives Upgraded Huusk Che…
$52.99 ~~$62.98~~
prime
This bundle contains **2 items**



Huusk Collectible Knives Bundle - Huusk Chef Knife & Carved…
$49.95 ~~$55.98~~
prime
This bundle contains **2 items**


## 4 stars and above

Sponsored



An amazing Hand Forged Butcher Knife with Reinforced Black Titanium Coated Blade…
215
$24.99 prime




Huusk Knife Japan Kitchen, Upgraded Viking Knives with Sheath Hand Forged…
2,545
Amazon's Choice in Chef's Knives
$32.99 prime



Upgraded Huusk Chef Knife Caveman Knife Viking Knife Ultimo Knife Handmade…
1,281
$25.99 prime
Save 20% with coupon



Men with the Pot Knife Viking Knives, Japan Kitchen Huusk Knife Forged in Fire Husk...
603
$19.99 prime



Huusk Knife Japan Kitchen Small Meat Knife with Bottle Opener for Steak Vegetables ...
192
$21.99 prime




Huusk Viking Kı Japanese Style Cleaver Knives, Boning Knife wi
4,(
$23.99 prim

## From the brand

**Huusk**

***Better huusk knives make life easier and more enjoyable!***

**Huusk Cool Knives Collection**

**Essential kitchen ap**

***Make your cooking more fı***
***Huusk kitchen knife.***

## Product Description

**HUUSK KNIVES ARE ESSENTIAL GIFT FOR EVERY CHEF**

### Tradition Craft Meets Modern Technology

Each Huusk knife is carefully crafted using a 138-step design and sharpened manually by workers with more than 10 years of experience. Compared with kitchen knives made with mechanical ways, our knives have a longer service life.

**HUUSK JAPANESE KITCHEN KNIFE**

### Sharp Blande Edge

The thick and sturdy blade is made of carbon steel. The steel is extremely hard and makes the blade really sharp. The 16° V-shaped blade edge minimizes cutting resistance, helps you cut food effortlessly neatly like chopping through butter.

### Ingenious Design

The hammered texture on the blade not only makes it elegant and unique, but also anti-sticking. In addition, it also features a precision, laser-carved index finger hole for superior control.

### Excellent Grip

The ergonomic curved handle, consist of high quality Oak Wood, provides a comfortable feel. The full tang structure handle, which is different from general welding handle, will not break after long-term use.

### Warm Tips:

1.Please store the caveman knife in a safe place out of reach of children.

2. The forged boning knife' edge is sharp. Please be careful when using it.

3. Don't cut plastic, wire or other materials.

4. Huusk knife is pre-oiled. Some people see the oil and regard it as a used item. THAT'S NOT TRUE. It's pre-oiled to protect the blade during shipping.

Package Include:

- 1* Huusk Chef knife
- 1* Leather knife sheath
- 1* Exquisite packaging box

## Product information

| | |
|---|---|
| Blade Material | ATS-34 Steel |
| Brand | Huusk |
| Color | Brown |
| Handle Material | Wood Handle,Steel |
| Blade Edge | Plain |
| Blade Length | 145 Micron |
| Construction Type | Forged |
| Item Weight | 0.7 Pounds |
| Blade Color | Silver and Black |
| Is Dishwasher Safe | No |
| Number of Pieces | 1 |
| Package Dimensions | 12.01 x 3.74 x 1.18 inches |
| Item Weight | 11.2 ounces |
| ASIN | B09KPLY54Q |
| Country of Origin | China |
| Customer Reviews | 387 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #16,794 in Kitchen & Dining (See Top 100 in Kitchen & Dining)<br>#3 in Chinese Vegetable Knives |
| Date First Available | February 12, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Videos

### Videos for this product

0:10
**Customer Review:** Awesome Knife!!!!
Bentley

0:35
Huusk Chef Knife
SMITH CHU-US

0:09
Huusk Japan Knife
SMITH CHU-US

Huusk Viking Knives
SMITH CHU-US

Upload your video

## Related products with free delivery

Sponsored



Huusk Knives Japan Kitchen Hand Forged Meat Cleaver for Meat Cutting Creative Asian...
1
$29.99 prime



Huusk Japan Knife, Hand Forged Meat Cleaver Knives Japanese Cooking Knife Black But...
5
$28.99 prime




Upgraded Huusk Knives, Viking Knife with Sheath Hand Forged Butcher Knife for Meat ...
34
$36.99 prime




Huusk Knife Japan Kitchen, Upgraded Viking Knives Hand Forged Boning Knife…
18
$27.99 prime



Viking Knife Meat Cleaver Knife Hand Forged Boning Knife with Sheath Butcher…
3,926
$24.99 prime




Huusk Knife Jap Kitchen Upgrad Knives with She Forged Butcher
65
$36.99 prim



Authentic XYJ Since 1986,Outstanding Ancient Forging,6.7 Inch Full Tang,Serbian Chefs knife,Chef…
11,240
$29.86 prime
5% off coupon

Sponsored

## Customer questions & answers

See questions and answers ›

## Customer reviews

4.3 out of 5

387 global ratings

| | |
|---|---|
| 5 star | 64% |
| 4 star | 15% |
| 3 star | 10% |
| 2 star | 5% |
| 1 star | 6% |

› How customer reviews and ratings work

### Reviews with images






See all customer images

Top reviews

### Top reviews from the United States

7,185
Shop now
Sponsored

E. Sloane

**Heavy Knife**

Reviewed in the United States on May 6, 2022

Verified Purchase

I ordered this because I needed a good sturdy knife for boning and precision. The only reason I did not give this a five-star rating overall is because after a few washings, (I didn't put it in the dishwasher) the upper part of the knife started to rust. I used a steel wool pad to remove the rust and made sure now that it was totally dry after I washed it. It is not a light knife and can handle heavy kitchen work. The hole at the heel is a nice touch and adds even more stability. This is not a shy knife, it has some heft to it could present a problem for someone with small hands, or arthritis.

3 people found this helpful

Helpful | Report abuse

Caleb Levine

**Solid and comfortable knife for the price!**

Reviewed in the United States on January 18, 2022

Verified Purchase

First and foremost this is a really cool looking knife. Feels comfortable in the hand and has good weight to it. It has a full Tang and a smooth wood handle. It comes in a nicely packaged box with plastic wrap. Pretty sharp right out of the box so be careful with that, it does have a plastic blade point cover for safety. The sheath is real leather and has a buttoned strap to hold in the blade. It also has a belt loop on the back to attach to your belt. The lanyard hole at the end of the handle is a good addition as well. This knife would be great for any rustic or fantasy chef.

3 people found this helpful

Helpful | Report abuse

Crickets

**Huusk Viking Knives Hand Forged Boning Knife Full Tang Japanese Chef Knife**

Reviewed in the United States on March 7, 2022

Verified Purchase

Knife sharp out of the box, clean, even grind on cutting edge. Knife performs very well, heavy blade/forward weight thus less force for cutting/chopping. Functions very well as designed and advertised, great addition for kitchen and camp kitchen cookware. There is a very brief learning curve due to the curvature of the blade-reduces hand fatigue vs straight blade...I see another one in my future...

3 people found this helpful

Helpful | Report abuse

Norman B.

**From the description and reviews I thought that it would be alot sharper than what it was.**

Reviewed in the United States on July 7, 2022

Verified Purchase

Overall it's a nice knife. But after reading the description and the comments I expected it to be alot sharper. I'll see if I can put an satisfactory edge on it.

3 people found this helpful

Helpful | Report abuse

Russian Dragon slong

**Not sharp**

Reviewed in the United States on April 20, 2022

Verified Purchase

The people that say this knife is sharp I'm sorry to say, but you never owned a real kitchen knife. This thing is a novelty item and for looks. Big and bulking and barely cuts.

3 people found this helpful

Helpful | Report abuse

Martin Lopez

**Not for dishwasher**

Reviewed in the United States on April 8, 2022

**Verified Purchase**

The knife is sharp but, too thick. I put mine in the dish wash and the black came out rusty. Definitely only hand washable.
I'll have to put something on the wood handle to protect it; maybe try butcher block oil.

3 people found this helpful

Helpful | Report abuse

Ian v.

**Super dull**

Reviewed in the United States on August 8, 2022

**Verified Purchase**

This knife is way overrated with the videos and reviews it's FALSE ADVERTISEMENT I say!!! My Walmart knives were 100 times sharper than this pos don't waste your money on this

One person found this helpful

Helpful | Report abuse

plantlady9

**Can easily be used by left-handed or right-handed persons by using the hole grip..**

Reviewed in the United States on May 2, 2022

**Verified Purchase**

Ordered this knife from Amazon at a very reasonable price and it was delivered the next day with no shipping and handling charges (I have a Prime membership). When I went to the knife manufacturers website the knife was more expensive and had shipping and handling charges. This is the sharpest knife I have ever handled.

One person found this helpful

Helpful | Report abuse

**See all reviews ›**



Sponsored

Back to top

### Get to Know Us

- Careers
- Amazon Newsletter
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us

- Sell products on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

### Amazon Payment Products

- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter
- Promotional Financing

### Let Us Help You

- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Your Recalls and Product Safety Alerts
- Amazon Assistant
- Help

amazon

English | United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Interest-Based Ads

© 1996-2022, Amazon.com, Inc. or its affiliates