**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LONG ZHANG,** *Plaintiff*, v. **UAB EKOMLITA,** *Defendant*. | **Case No. 1:22-cv-05057** **Judge Marvin E. Aspen** **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff Long Zhang respectfully moves for entry of a preliminary injunction thereby enjoining Defendant UAB Ekomlita from further using in commerce any reproduction, counterfeit, copy, or colorable imitation of U.S. Trademark Registration Number 6,724,851 (the "HUUSK Mark") in connection with the sale, offering for sale, distribution, or advertising of knife goods which such use is likely to cause confusion, or to cause mistake, or to deceive. A Memorandum in support is concurrently filed.

| | |
|---|---|
| DATED: October 12, 2022 | Respectfully submitted,<br><br>By: */s/ Timothy Wang*<br>David R. Bennett<br>**DIRECTION IP LAW**<br>P.O. Box 14184<br>Chicago, Illinois 60614<br>Tel: (312) 291-1667<br>dbennett@directionip.com<br><br>Of Counsel:<br>Timothy T. Wang<br>Texas Bar No. 24067927<br>twang@nilawfirm.com<br><br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Ln., Ste. 500<br>Dallas, TX 75231<br>Tel: (972) 331-4600<br>Fax: (972) 314-0900<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, Defendant was served with a copy of this document via email as per paragraphs 3 and 4 of the Temporary Restraining Order (Dkt. No. 13).

*/s/ Timothy Wang*
Timothy Wang